COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mireya Patino Garcia v. The State of Texas

Appellate case number:   01-14-00939-CR

Trial court case number: 1952529

Trial court:             County Criminal Court at Law No 9 of Harris County

Appellant has not responded to a Notice from this Court dated April 14, 2015 requesting arrangements be made for obtaining the reporter's record. The reporter's record has not been filed. Pursuant to our notice, we will consider this appeal without the reporter's record, and are considering the record to be complete. Appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 37.3(c), 38.6.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☒ Acting individually     ☐ Acting for the Court

Date: May 21, 2015